IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARRY ROGERS                                              PLAINTIFF

v.                          3:19-cv-91-DPM

LINCOLN NATIONAL LIFE
INSURANCE COMPANY                                         DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 June 2019